KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-0743 PJH |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| RICHARD S. HAYTHORN, JR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On December 6, 2006, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 6, 2006, through January 17, 2007, for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant

Stipulation and [Proposed] Order

1 | in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2

3 | SO STIPULATED:

4 |                                                    KEVIN V. RYAN
United States Attorney

5

6 | DATED: 01/08/2007          /s/ Derek R. Owens

7 |                                                    DEREK R. OWENS
Special Assistant United States Attorney

8

9 | DATED: 01/08/2007          /s/ Ronald Tyler

10 |                                                    RONALD TYLER
Attorney for Richard S. Haythorn, Jr.

11

12 |    As the Court found on December 6, 2006, and for the reasons stated above, the Court

13 | finds that an exclusion of time between December 6, 2006, through January 17, 2007, is

14 | warranted and that the ends of justice served by the continuance outweigh the best

15 | interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).

16 | The failure to grant the requested continuance would deny defense counsel the reasonable

17 | time necessary for effective preparation, taking into account the exercise of due diligence,

18 | and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20 | SO ORDERED.

21

22 | DATED: 1/9/07                            _____

23 |                                           THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

Stipulation and [Proposed] Order