KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-0743 PJH |
|                                       Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
|          v. ) | |
| RICHARD S. HAYTHORN, JR, ) | |
|                                       Defendant. ) | |
| _____) | |

    On January 17, 2007, the parties in this case appeared before the Court for a status hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from January 17, 2007, through February 7, 2007, for effective preparation of defense counsel in a pending motion to suppress evidence.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant

Stipulation and [Proposed] Order

1  in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

4                                                                KEVIN V. RYAN
                                                                 United States Attorney

6          DATED:  1/26/2007                  /s/ Derek R. Owens
7                                                                DEREK R. OWENS
                                                                 Special Assistant United States Attorney

9          DATED:  01/29/07                   /s/ Ronald Tyler
10                                                               RONALD TYLER
                                                                 Attorney for Richard S. Haythorn, Jr.

12     As the Court found on January 17, 2007, and for the reasons stated above, the Court
13 finds that an exclusion of time between January 17, 2007, through February 7, 2007, is
14 warranted and that the ends of justice served by the continuance outweigh the best
15 interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).
16 The failure to grant the requested continuance would deny defense counsel the reasonable
17 time necessary for effective preparation, taking into account the exercise of due diligence,
18 and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED: 2/1/07                              _____
                                                                 THE HONORABLE PHYLLIS J. HAMILTON
                                                                 United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

Stipulation and [Proposed] Order