SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 06-0743 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING DATE FOR |
| v. | ) | EVIDENTIARY HEARING |
| | ) | |
| RICHARD S. HAYTHORN, JR, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in this case appeared before the Court on March 28, 2007, and set an evidentiary

hearing for April 27, 2007, at 9:00 a.m.  Since that time it has come to the attention of the

government that one of the witnesses it will call for the hearing will not be available on April 27,

2007.

The parties hereby stipulate and request the Court to vacate the date currently set for the

//

//

//

Stipulation and [Proposed] Order

1    hearing, and reset the evidentiary hearing for May 14, 2007, at 9:00 a.m.

2

3    SO STIPULATED:

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5

6              4/24/2007                        /s/ Derek Owens
     DATED: _____         _____
7                                          DEREK R. OWENS
                                           Special Assistant United States Attorney
8

9              4/24/2007                        /s/ Steven Koeninger, for
     DATED: _____         _____
10                                         RONALD TYLER
                                           Attorney for Richard S. Haythorn, Jr.
11

12       The evidentiary hearing currently set before this Court on April 27, 2007, at 9:00 a.m., is

13   hereby vacated.  The matter is reset for an evidentiary hearing before the Honorable Phyllis J.

14   Hamilton, in Courtroom 3, 17th Floor, at 450 Golden Gate Ave., San Francisco, California, on

15   May 14, 2007 at 9:00 a.m.

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19
              4/25/07
20   DATED:_____          _____
                                     THE HONORABLE PHYLLIS J. HAMILTON
21                                   United States District Judge

22                                   IT IS SO ORDERED

23

24                                   Judge Phyllis J. Hamilton

25

26

27

28

Stipulation and [Proposed] Order