SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-0743 PJH |
|                             ) | |
|       Plaintiff,              ) | STIPULATION AND [PROPOSED] |
|                             ) | ORDER VACATING DATE FOR |
|       v.                      ) | <u>EVIDENTIARY HEARING</u> |
|                             ) | |
| RICHARD S. HAYTHORN, JR, ) | |
|                             ) | |
|       Defendant.           ) | |

    This matter is currently set before the Court for an evidentiary hearing on May 14, 2007, at 9:00 a.m.  A recent arrest of the defendant leaves him held in state custody and therefore unavailable to be present for the May 14 hearing.  The parties hereby stipulate and respectfully request the Court to vacate the date currently set for the evidentiary hearing and reset a

//

//

//

Stipulation and [Proposed] Order

1  status hearing for May 23, 2007 at 1:30 p.m.

3  SO STIPULATED:

4                                        SCOTT N. SCHOOLS
                                      United States Attorney

6            5/10/2007                     /s/ Derek Owens
  DATED: _____                      _____
7                                        DEREK R. OWENS
                                      Special Assistant United States Attorney

9            5/10/2007                     /s/ Ronald Tyler
  DATED: _____                      _____
10                                        RONALD TYLER
                                      Attorney for Richard S. Haythorn, Jr.

12      The evidentiary hearing currently set before this Court on May 14, 2007, at 9:00 a.m., is hereby vacated. The matter is reset for a status hearing before the Honorable Phyllis J. Hamilton, in Courtroom 3, 17th Floor, at 450 Golden Gate Ave., San Francisco, California, on May 23, 2007 at 1:30 p.m.

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED: 05/11/07                                _____
                                        THE HONORABLE PHYLLIS J. HAMILTON
                                        United States District Court Judge

Stipulation and [Proposed] Order